273 F.3d 1220 (9th Cir. 2001)
 ROSALBA AGUIRRE-CERVANTES AKA MARIA ESPERANZA CASTILLO, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent,
 No. 99-70861
I&NS No. Ann-vfb-ssq
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 FILED DEC. 7, 2001
 
 BEFORE: SCHROEDER, Chief Judge.
 
 ORDER
 
 1
 Pursuant to the parties' stipulation, the opinion of the three-judge panel is vacated and the matter is remanded to the BIA for the stipulated reopening of administrative proceedings.